UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR04-382-JCC |
| Plaintiff, | ) | |
| v. | ) | SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |
| DAVID EUGENE TEEL, | ) | |
| Defendant. | ) | |

An initial hearing on supervised release revocation in this case was scheduled before me on September 15, 2008. The United States was represented by AUSA Andrew Friedman and the defendant by Lynn Hartfield. The proceedings were digitally recorded.

Defendant had been sentenced on or about November 5, 2004 by the Honorable John C. Coughenour on a charge of Possession of an Unregistered Firearm, and sentenced to 51 months custody, 3 years supervised release. (Dkt. 23)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to mandatory drug testing, participate in a drug dependency program, abstain from alcohol, submit to search and participate

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

in a mental health program.

The conditions of supervision were modified on January 8, 2008 to require participation in a home confinement program with electronic monitoring for up to 90 days and to prohibit the defendant from entering any establishment where alcohol was the primary commodity for sale. (Dkt. 24.)

In an application dated March 11, 2008 (Dkt. 26), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1. Consuming cocaine on or before March 7, 2008, in violation of standard condition no. 7.

2. Failing to comply with the home confinement program since March 7, 2008, in violation of the special condition requiring he participate in the home confinement program with electronic monitoring as directed by the probation officer for a period of 90 days.

In an application dated July 28, 2008, (Dkt. 27), additional violations of the conditions of supervised release were alleged, which were incorporated into the pending proceedings:

3. Committing the crime of criminal impersonation first degree, in violation of the general condition that he not commit another federal, state or local crime.

4. Committing the crime of possession of crack cocaine with intent to distribute, in violation of the general condition that he not commit another federal, state, or local crime.

5. Associating with Carol Huesco, a convicted felon, in violation of standard condition No. 9.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted alleged violations 1-4 and waived any evidentiary hearing as to

whether they occurred. The United States moved to dismiss violation 5.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-4, that the court dismiss violation 5 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

Pending a final determination by the Court, defendant has been detained.

DATED this 15th day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge

cc:    District Judge:    Honorable John C. Coughenour
       AUSA:    Andrew Friedman
       Defendant's attorney:    Lynn Hartfield
       Probation officer:    Jerrod Akins